In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-213 CR


____________________



DONALD RAY SIGARST, Appellant



V.



STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 90201






 MEMORANDUM OPINION 


 Donald Ray Sigarst filed a motion to dismiss the appeal. The notice of appeal recites
that Sigarst desired to appeal his conviction in Cause Nos. 90200 and 90201. Cause No.
90201 was dismissed on motion of the State and as to that case there is no conviction to be
appealed. Therefore, the appellant's motion to dismiss the appeal is granted and the appeal
is dismissed.


 APPEAL DISMISSED. 

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered January 10, 2007 

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.